UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAYNE WESTMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON MUTUAL INSURANCE COMPANY, a foreign corporation; JANE and JOHN DOES 1-5,<br><br>Defendants. | NO. 3:24-CV-05915<br><br>STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES |

## I.     STIPULATION

Pursuant to LCR 7(j), Plaintiff Jayne Westman and Defendant Oregon Mutual Insurance Company respectfully submit this stipulated motion to continue the trial date from December 15, 2025, to April 20, 2026, or to such other time as the court deems appropriate, and to extend all outstanding pre-trial deadlines for a corresponding amount of time.

Good cause exists to grant this motion because the undersigned defense counsel anticipates taking maternity leave from December 2025, when trial is currently set to begin, through early spring 2026. Counsel for the parties believe they can complete discovery and comply with the amended deadlines proposed below.

STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE
DEADLINES – 1
066570.000006 1835625
NO.: 3:24-CV-05915

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

The parties propose the following case schedule:

| | Current | Proposed |
|---|---|---|
| Deadline for filing amended pleadings | May 19, 2025 | Sep. 22, 2025 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 19, 2025 | Sep. 22, 2025 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Jun. 18, 2025 | Oct. 22, 2025 |
| All motions related to discovery filed by (see LCR 7(d)) | Jun. 18, 2025 | Oct. 22, 2025 |
| Discovery completed by | Jul. 18, 2025 | Nov. 21, 2025 |
| All dispositive motions and motions challenging expert witness testimony filed by (see LCR 7(d)) | Aug. 18, 2025 | Dec. 22, 2025 |
| Settlement conference under LCR 39.1(c)(2) held by | Oct. 16, 2025 | Feb. 19, 2026 |
| All motions in limine filed by (see LCR 7(d)) | Nov. 5, 2025 | Mar. 11, 2026 |
| Deposition Designations submitted to the Court | Nov. 24, 2025 | Mar. 30, 2026 |
| Agreed pretrial order due | Nov. 24, 2025 | Mar. 30, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions filed by | Dec. 1, 2025 | Apr. 6, 2026 |
| Pretrial conference | Dec. 8, 2025 | Apr. 13, 2026 |
| **Deadline for filing amended pleadings** | **Dec. 15, 2025** | **Apr. 20, 2026** |

PFAU, COCHRAN, VERTETIS & AMALA, PLLC

DATED: May 2, 2025

By */s/ Kevin M. Hastings*
Kevin M. Hastings, WSBA #42316
909 A Street, Suite 700
Tacoma, WA 98402-4413
P: (253) 948-3199
*Of Attorneys for Plaintiff*
kevin@pcvalaw.com

DATED: May 2, 2025                REED MCCLURE

By */s/ Julia D. Nordlinger*
Julia D. Nordlinger, WSBA #48046
1215 4th Avenue, Suite 1700
Seattle, WA 98161
P: (206) 292-4900
*Of Attorneys for Defendant Oregon Mutual Ins. Co.*
jdnordlinger@rmlaw.com

STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES – 2

066570.000006 1835625
NO.: 3:24-CV-05915

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

**ORDER**

IT IS SO ORDERED. Trial is continued to April 20, 2026. The Court shall issue and amended Order Setting Trial and Related Dates extending all related pretrial deadlines similar amount of time, beginning with the deadlines for filing amended pleadings and for disclosure of expert testimony.

DONE this 5th day of May, 2025.

HON. JAMAL N. WHITEHEAD
U.S. District Court Judge

STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES – 3
066570.000006 1835625
NO.: 3:24-CV-05915

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152